Dear Secretary Carnahan:
This opinion letter responds to your request dated October 9, 2009, for our review under § 116.334, RSMo, of a proposed summary statement prepared for the petition submitted by Gregory Thompson regarding a proposed amendment to Article I of the Missouri Constitution. The proposed summary statement is as follows:
 Shall the Missouri Constitution be amended to define the term "person" to be from the beginning of biological development and grant such person constitutional rights and access to courts under the equal protection, due process, and open courts provisions of the Missouri Constitution?
Pursuant to § 116.334, RSMo, we approve the legal content and form of the proposed statement. Because our review of the statement is mandated by statute, no action that we take with respect to such review should be construed as an endorsement of the petition, nor as the expression of any view regarding the objectives of its proponents.
 Very truly yours, _________________ CHRIS KOSTER
Attorney General
 NEW CASE FORM Style of case: Sheila Hyster, Jarvis Nunley, and Barbara Simpson, plaintiffs/judgment creditors v. Ethel Hedgeman Lyle Academy, defendant/judgment debtor
Case No.: 4:08-cv-1664 CAS
Court filed in: United States District Court, Eastern District of Missouri, Eastern Division
Client(s) represented: Missouri Department of Elementary and Secondary Education (garnishee)
Opposing attorney: Anthony D. Gray (attorney for plaintiffs/judgment creditors)
Judge: N/A
Referral Date: August 31, 2009
Date filed: unknown
Date response due: September 6, 2009
Summary of case: Plaintiffs/judgment creditors obtained a default judgment against defendant/judgment debtor in a sexual harassment case. The U.S. District Court served a summons upon the Missouri Department of Elementary and Secondary Education (garnishee) seeking to obtain payment of the judgment of $175,390 plus per diem interest from and after June 29, 2009, until the date the judgment is satisfied, plus costs.
AGO background information about the issue on the case:
 Has there been any news media coverage of this issue?
 For Use By Unit Chief: Reviewed by _____________________________ Date: ________________ AAG assigned: __________________________ Refer to Litigation Division for handling? Recommend informing AGO administration?
For Use By Chief Counsel: Reviewed by ______________ Date: _____________ Refer to Litigation Division for handling? ___________ To administration? ______________________________
For Use By Administration Reviewed by ______________ Date: _____________ Case Assigned to ______________ Division: _____________ Comments ______________________________________